**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**AT LOUISVILLE**

**UNITED STATES OF AMERICA**                                                          **PLAINTIFF**

**VS.**                                                  **CRIMINAL ACTION NO. 3:17CR -120-RGJ**

**AVERIC LYLE BIZOR**                                                                **DEFENDANT**

**REPORT AND RECOMMENDATION**
**CONCERNING PLEA OF GUILTY**

This matter has been referred to the undersigned Magistrate Judge by the District Court for the purpose of conducting proceedings pursuant to Fed.R.Crim.P. 11. The appropriate wavier was executed by the defendant and filed in the record. The United States was represented by Larry E. Fentress, Assistant United States Attorney. The hearing was digitally recorded. The defendant, Averic Lyle Bizor by consent with Brian Butler and Neil Prakash Roy, retained counsel, appeared in open court on July 25, 2018 and entered pleas of guilty to Counts 1-3 of the Indictment pursuant to a Rule 11(c)(1)(B) plea agreement. After cautioning and examining the defendant under oath concerning each of the subjects mentioned in Rule 11, the Court determined that the guilty plea was knowledgeable and voluntary as to Counts 1-3 of the Indictment and that the offenses charged were supported by an independent basis in fact concerning each of the essential elements of such offenses. Therefore, the undersigned recommends that the pleas of guilty be accepted, and that the defendant be adjudged guilty as to Counts 1-3 in the Indictment and have sentence imposed accordingly.

**The defendant shall have fourteen (14) days to file any objections to this recommendation pursuant to Fed.R.Crim.P. 59(b)(2), or waive the opportunity to do so.**

Sentencing is scheduled for **October 18, 2018, at 10:00 a.m**. before the Honorable Rebecca G. Jennings, United States District Judge.

**IT IS HEREBY ORDERED** that the defendant is remanded to the custody of the United States Marshals Service pending further order of the Court.

Copies to:
United States Attorney
Counsel for Defendant
United States Probation

| 4 0 |